**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                Case No. 17-18214-AMC
                                                                      Chapter 13

Stephen Delahanty

Debtor(s).

## NOTICE OF APPEARANCE

**Goldman Sachs Mortgage Company**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 75736
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of August 2021, to the following:

Carol B. McCullough
McCullough Eisenberg, LLC
65 West Street Road
Suite A-204
Warminster, PA 18974
mccullougheisenberg@gmail.com
*Attorney for Debtor(s)*

Leroy W. Etheridge, Jr.
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Counsel for Trustee*

William C. Miller, Esq.
P.O. Box 40837
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first-class mail postage prepaid to:

Stephen Delahanty
7 Woodview Court
Horsham, PA 19044

*Debtor(s)*

By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire