United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-18214-amc

Stephen Delahanty     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen Delahanty, 7 Woodview Court, Horsham, PA 19044-1944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

**Name**     **Email Address**

CAROL B. MCCULLOUGH
    on behalf of Debtor Stephen Delahanty mccullougheisenberg@gmail.com  cbmccullough64@gmail.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF9 Master Participation Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

JEROME B. BLANK
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com

KEVIN M. BUTTERY
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cdigianantonio@rascrane.com

LEROY W. ETHERIDGE, JR.

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 212 | Total Noticed: 1 |

                on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ
                on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bkgroup@kmllawgroup.com

STEVEN K. EISENBERG
                on behalf of Creditor Goldman Sachs Mortgage Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

THOMAS SONG
                on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                                  Chapter: 13

     Stephen Delahanty

Debtor(s)                                                                                       Case No: 17−18214−amc

_____

*ORDER*

     AND NOW, August 27, 2021, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall file

     ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

     ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

     For The Court

     Ashely M. Chan

     Judge ,United States Bankruptcy Court