United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 17-18214-amc

Stephen Delahanty                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Aug 31, 2021  Form ID: 138OBJ  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Delahanty, 7 Woodview Court, Horsham, PA 19044-1944 |
| 14026328 | | Berkheimer Tax Administrator, Po Box 25153, Lehigh Valley, PA 18002-5153 |
| 14026330 | + | Cailber, C/o Stern & Eisenberg, 1581 Main St, Warrington, PA 18976-3403 |
| 14026332 | + | D & A Services, 1400 E. Touhy Avenue, Des Plaines, IL 60018-3305 |
| 14026333 | + | Ditech, 7360 S Kyrene Rd, Tempe, AZ 85283-4583 |
| 14026334 | + | Dr. David Checkoff,, 55 York Road, Warminster, PA 18974-4531 |
| 14026335 | | Glenser Bros. Auto Service, Horsham Road & Limekiln Pike, Prospectville, PA 19002 |
| 14545121 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14627433 | + | Goldman Sachs Mortgage Company, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14026336 | + | Horsham Twp. Tax Collector, 1025 Horsham Rd, Horsham, PA 19044-1326 |
| 14026337 | | Horsham Water and Sewer, 617 Horsham Rd, Horsham, PA 19044-1207 |
| 14026339 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc, Po Box 519, Sauk Rapids,, MN 56379 |
| 14416500 | | LSF9 MASTER PARTICIPATION TRUST, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14560548 | + | Legacy Mortgage Asset Trust 2020-GS5, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14560220 | + | Legacy Mortgage Asset Trust 2020-GS5, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14093576 | + | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster, PA 18974-3229 |
| 14026340 | | Montgomery County County Tax Claim, Horsham Twp. Tax Collector, 1025 Horsham Rd, Horsham, PA 19044-1326 |
| 14026341 | + | Peco - Payment Processing, Po Box 37629, Philadelphia, PA 19101-0629 |
| 14026343 | | Sawyer's Creek Homeowners Association, Po Box 190, Warrington, PA 18976-0190 |
| 14055698 | + | Sawyers Creek Homeowners Association, 975 Easton Road, Suite 102, WArrington PA 18976-1858 |
| 14026345 | | The CBE Goup, Inc, Po Box 2337 Payment Processing Center, Wateloo, IA 50704-2337 |
| 14030795 | + | US Dept. of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005-1243 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 31 2021 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2021 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 31 2021 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14026327 | + | Email/Text: legal@arsnational.com | Aug 31 2021 23:58:00 | ARS National Services, Po Box 463023, Escondido, CA 92046-3023 |
| 14026329 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 31 2021 23:58:00 | Berks Credit & Collections Inc., PO Box 329, Temple, PA 19560-0329 |

Case 17-18214-amc   Doc 105   Filed 09/02/21   Entered 09/03/21 00:36:43   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 138OBJ | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 14026331 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 31 2021 23:57:43 | Capital One Services, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14028183 | + | Email/Text: bankruptcy@cavps.com | Aug 31 2021 23:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14026338 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 31 2021 23:58:00 | IRS, 600 Arch Street, Philadelphia, PA 19106 |
| 14026342 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 31 2021 23:57:36 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14029907 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2021 00:07:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14026344 | + | Email/Text: bankruptcy@sw-credit.com | Aug 31 2021 23:58:00 | Southwest Credit Systems, 2629 Dickerson Parkway, Carroliton, TX 75007-4458 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14026326 | | 17-18214 |
| 14053175 | | LSF9 Master Participation Trust c/o Caliber Home L, 13801 Wireless Way Oklahoma City, OK 731 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2021                         Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

**Name** — **Email Address**

CAROL B. MCCULLOUGH
    on behalf of Debtor Stephen Delahanty mcculloughesenberg@gmail.com cbmccullough64@gmail.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com

JEROME B. BLANK
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com

KEVIN M. BUTTERY
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cdigianantonio@rascrane.com

LEROY W. ETHERIDGE, JR.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 31, 2021 | Form ID: 138OBJ | Total Noticed: 33 |

REBECCA ANN SOLARZ
    on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bkgroup@kmllawgroup.com

STEVEN K. EISENBERG
    on behalf of Creditor Goldman Sachs Mortgage Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

THOMAS SONG
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephen Delahanty
        Debtor(s)

Case No: 17−18214−amc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/31/21