United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 17-18214-amc

Stephen Delahanty    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen Delahanty, 7 Woodview Court, Horsham, PA 19044-1944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Stephen Delahanty mcculloughreisenberg@gmail.com cbmccullough64@gmail.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 195 | Total Noticed: 1 |

on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cdigianantonio@rascrane.com

LEROY W. ETHERIDGE, JR.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

STEVEN K. EISENBERG

on behalf of Creditor Goldman Sachs Mortgage Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

THOMAS SONG

on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Stephen Delahanty : Case No. 17−18214−amc
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 18,2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                    By The Court

                    Ashely M. Chan
                    Judge , United States Bankruptcy Court