Fill in this information to identify the case:

Debtor 1  Stephen Delahanty

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 17-18214-amc

## Official Form 410S1
## Notice of Mortgage Payment Change                                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LSF9 MASTER PARTICIPATION TRUST        **Court claim no**. (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 1072

**Date of payment change:** 9/1/2019
Must be at least 21 days after date of this notice

**New total payment:** $1,072.88
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No.
   ☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: _                    New escrow payment:

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:         3.0000%           New interest rate:         3.4100%

   Current principal and interest payment:  $757.06    New principal and interest payment: $794.59

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                New mortgage payment:

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1 <u>Stephen Delahanty</u>                                           Case number *(if known)* <u>17-18214-amc</u>
          Print Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/   Ashlee Fogle            Date   07/31/2019
   Signature

Print          Ashlee Fogle                                      Title   Authorized Agent for Creditor
               First Name     Middle Name     Last Name

Company        RAS Crane, LLC

Address        10700 Abbott's Bridge Road, Suite 170
               Number    Street

               Duluth  GA 30097
               City                        State        ZIP Code

Contact Phone  470-321-7112                                      Email    afogle@rascrane.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on _____August 5, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Carol B. McCullough
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Stephen Delahanty
7 Woodview Court
Horsham, PA 19044

                                      RAS Crane, LLC
                                      Authorized Agent for Secured Creditor
                                      10700 Abbott's Bridge Road, Suite 170
                                      Duluth, GA 30097
                                      Telephone: 470-321-7112
                                      Facsimile: 404-393-1425

                                By: ___/s/ Kristin Williams_____
                                         Kristin Williams
                                         Krwilliams@rascrane.com



PO Box 24610
Oklahoma City, OK  73124-0610

UL   30, 20  7

CAROL B. MCC  LLO  GH
McCullough   isenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA   8974

RE:  Caliber Account Number:  ▮▮▮▮▮▮▮
       Property Address:  7 Woodview Ct
                          Horsham, Pa 19044

## Changes to Your Mortgage Interest Rate and Payments on September 1, 2019

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 012 month period during which your interest rate stayed the same, with all subsequent interest rate changes occurring every 006 months thereafter. The next adjustment date is on August 1, 2019, so on that date your interest rate and mortgage payment change. After that, your Interest rate may change every 006months for the rest of your loan term.

|                       | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|-----------------------|:---:|:---:|
| Interest Rate         | 3.0000 % | 3.4 00 % |
| Principal and Interest | $757.06 | $794.59 |
| scrow                 | $278.29 | $278.29 |
| **Total Monthly Payment** | **$1,035.35** | **$1,072.88** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin".   nder your loan agreement, your index rate is   .420 % and your margin is 8.600%. The 6-MONTH LIBOR is published Daily in the WALL STREET JOURNAL.   our change amount was rounded by .125%.

**Rate Limit(s):**   our rate cannot go higher than 15.600 % o  er the life of the loan. Your rate can change at each adjustment by no more than 01.000%. If you've had a short-term loan modification that lowered the interest rate below the ARM floor rate stated on the Note, the interest rate after the modification expires will adjust to the ARM floor.

**New Interest Rate and Monthly Payment:** The table abo  e shows your new interest rate and new monthly payment. Your new payment is based on the 6-MONTH LIBOR index, your margin, 8.600%.

If the total monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable), these payments may be adjusted periodically in accordance with applicable law.  The amounts shown abo  e are based on current data.

If you are continuing to experience a hardship, please contact Caliber Home Loans in order to assess your current situation and propose solutions.   ou may reach us directly by calling 800-621- 437. Our business hours are 8 a.m. to 9 p.m., Central Time, Monday through Thursday; 8 a.m. to 7 p.m., Central Time, Friday; and 7 a.m. to 4 p.m., Central Time on Saturday.  You may also visit our website at caliberhomeloans.com for additional information.

:61                                                 20  5052  re

Sincerely,

Caliber Home Loans Inc.

If you need financial counseling, you may obtain a list of HUD-appro ed nonprofit counseling organizations by calling 1-800-569-4287 or by  isiting www.hud.gov/findacounsler.

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**